```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
42WEST LLC,                              :
                                         :
                    Plaintiff,           :
                                         :   21 Civ. 1581 (VM)
        - against -                      :
                                         :   **ORDER**
ALEXANDER S. GOULD,                      :
                                         :
                    Defendant.           :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By e-mail to chambers dated March 23, 2021, Defendant Alexander S. Gould ("Gould") requests a 1-month extension of his deadline to answer or otherwise respond to the Complaint. Gould represents that he is currently unrepresented in this action and is in the midst of settlement negotiations, which he believes will resolve within a month's time. Accordingly, it is hereby

**ORDERED** that Gould's deadline to answer or otherwise respond to the Complaint is extended by 30 days, from March 23, 2021 to April 22, 2021.

**SO ORDERED.**

Dated:    New York, New York
          23 March 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.