```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
42WEST LLC,                              :
                                         :
                    Plaintiff,           :
                                         :   21 Civ. 1581 (VM)
     - against -                         :
                                         :   ORDER
ALEXANDER S. GOULD,                      :
                                         :
                    Defendant.           :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2021
```

**VICTOR MARRERO, United States District Judge.**

By e-mail to chambers dated March 23, 2021, Defendant Alexander S. Gould ("Gould") requested a 1-month extension of his deadline to answer or otherwise respond to the Complaint. Gould explained that he was unrepresented in this action and was in the midst of settlement negotiations, which he believed would resolve within a month's time. The Court granted the 1-month extension. (See Dkt. No. 12.)

Two days later, Plaintiff's counsel filed a letter, indicating that Gould's email misrepresented the status of settlement discussions and objecting to any further extensions. (See Dkt. No. 13.)

By e-mail to chambers dated April 23, 2021, Gould requests a second extension of time to answer or otherwise respond to the Complaint. Plaintiff's counsel responded via e-mail the same day, objecting to the request for an extension and again stating that settlement discussions are not

ongoing. In an e-mail response, Gould admitted he had not contacted Plaintiff's counsel until the night before e-mailing the Court, but insisting he had been working "diligently" toward supporting a settlement proposal.

    Accordingly, it is hereby

    **ORDERED** that Gould's deadline to answer or otherwise respond to the Complaint is extended by 30 days, from April 22, 2021 to May 24, 2021.

**SO ORDERED.**

Dated:    New York, New York
           23 April 2021

                                        Victor Marrero
                                        U.S.D.J.