```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
42WEST LLC,                        :
                                   :
                 Plaintiff,        :
                                   :   21 Civ. 1581 (VM)
      - against -                  :
                                   :   ORDER
ALEXANDER S. GOULD,                :
                                   :
                 Defendant.        :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

**VICTOR MARRERO, United States District Judge.**

The complaint in this action was filed on February 22, 2021. ("Complaint," Dkt. No. 1.) The Court granted defendant Alexander S. Gould ("Gould" or "Defendant") extensions of time to answer or otherwise respond to the Complaint twice; first on March 23, 2021 (Dkt. No. 12) and then, over Plaintiff's objection, again on April 23, 2021 (Dkt. No. 14).

By e-mail to Chambers dated May 24, 2021, Defendant now represents that he does not dispute that he owes Plaintiff "$99,000 plus a reasonably negotiated amount for attorney's fees" and that he is "working diligently to pay 42 West in full as soon as possible." Defendant states he is "not asking for a blanket additional extension of time" but seeks "guidance in the best way to proceed." Accordingly, it is hereby

**ORDERED** that, to the extent Gould requests any further extension of time, the request is **DENIED**; and it is further

**ORDERED** that Gould is directed to answer or otherwise respond to the Complaint by filing in the public docket within 21 days of the date of this Order. The Court notes that an e-mail to Chambers will not satisfy this Order and directs Gould to the resources available on the Court's website: https://www.nysd.uscourts.gov/prose should he continue to proceed pro se. In the event no timely response to this Order is submitted, Plaintiff may move for default judgment.

**SO ORDERED.**

Dated:   New York, New York
         25 May 2021

_____
Victor Marrero
U.S.D.J.