UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
42 WEST LLC,

            Plaintiff,

         -against-

ALEXANDER S. GOULD,

           Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to ECF 23, the Court will hold a Status Conference on **November 3, 2021** at 11:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. By **November 1, 2021**, the parties shall meet and confer and file a joint letter addressing: **(1)** whether they are available to hold the conference at 1:30 p.m. or 2:00 p.m. instead of 11:30 a.m. and **(2)** their proposed agenda for the conference. Any request to hold the conference telephonically must be filed by **November 1, 2021**.

Plaintiff is directed to promptly serve this Order and ECF 23, 25, and 26 on the *pro se* Defendant.

**SO ORDERED.**

Dated: October 29, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge