**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The November 3, 2021 Status Conference is adjourned to **November 12, 2021 at 2:30 p.m. EST.** The conference will be held telephonically. The dial in information is (866) 390-1828, access code 1582687. Plaintiff is directed to promptly serve this Order on the *pro se* Defendant.

**SO ORDERED.**

Dated: November 2, 2021
       New York, New York

                                        *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                United States Magistrate Judge