```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
42 WEST LLC,                                                 :
                                                             :
                        Plaintiff,                           :
                                                             :      21-CV-1581 (OTW)
            -against-                                        :
                                                             :      ORDER
ALEXANDER S. GOULD,                                          :
                                                             :
                        Defendant.                           :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a confidential settlement status conference on **November 22, 2021** at 12:00 p.m. EST. The dial in information is (866) 390-1828, access code 1582687. Plaintiff is directed to promptly email this Order to the *pro se* Defendant.

SO ORDERED.

|  |  |
|---|---|
|  | _s/ Ona T. Wang_____ |
| Dated:  November 15, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |