**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

42 WEST LLC,

           Plaintiff,

           -against-

ALEXANDER S. GOULD,

           Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold another confidential settlement status conference today, **November 23, 2021** at 4:30 p.m. EST. The dial in information is (866) 390-1828, access code 1582687.

Plaintiff is directed to promptly email this Order to the *pro se* Defendant.

**SO ORDERED.**

Dated:  November 23, 2021
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge