**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
42 WEST LLC,

             Plaintiff,

             -against-

ALEXANDER S. GOULD,

             Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendant's email request to adjourn today's 4:30 p.m. EST conference is **DENIED**. The parties are directed to appear for today's telephonic conference as originally scheduled. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated:  November 23, 2021
       New York, New York

                       *s/ Ona T. Wang*
                         **Ona T. Wang**
                   United States Magistrate Judge