**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
42 WEST LLC,

               Plaintiff,

               -against-

ALEXANDER S. GOULD,

               Defendant.

---------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the instructions given at today's conference, the parties shall file a joint status letter by **5:00 p.m. EST on November 29, 2021**. Plaintiff is directed to serve this Order on the *pro se* Defendant by November 24, 2021.

**SO ORDERED.**

                                                       *s/ Ona T. Wang*
Dated: November 23, 2021                              **Ona T. Wang**
       New York, New York               United States Magistrate Judge