**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

42 WEST LLC,                          :

               Plaintiff,      :    21-CV-1581 (OTW)

             -against-      :    **ORDER**

ALEXANDER S. GOULD,          :

            Defendant.    :

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 35. Plaintiff's request to proceed with discovery is

**GRANTED**. Discovery shall be complete by **January 11, 2022**. The Court will hold an in-person

post-discovery status conference on **January 18, 2022 at 3:00 p.m. EST** in Courtroom 20D, 500

Pearl Street, New York, NY 10007. Plaintiff shall promptly provide *pro se* Defendant with a copy

of this Order.

**SO ORDERED.**

                                  *s/ Ona T. Wang*

Dated:  November 30, 2021               **Ona T. Wang**
        New York, New York        United States Magistrate Judge