**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

42 WEST LLC,                                          :
                                                      :
                   Plaintiff,                         :          21-CV-1581 (OTW)
                                                      :
              -against-                               :
                                                      :          **ORDER**
ALEXANDER S. GOULD,                                   :
                                                      :
                   Defendant.                         :
                                                      :
                                                      :
                                                      :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 37. Discovery is extended to **March 11, 2022**. The post-

discovery conference scheduled for January 18, 2022 is adjourned and converted to a

telephonic status conference on **February 8, 2022 at 2:30 p.m. EST**. The dial in information is

(866) 390-1828, access code 1582687. A status letter with a proposed conference agenda is due

**February 3, 2022**. Plaintiff is directed to promptly serve this Order on the *pro se* Defendant.


         **SO ORDERED.**



                                                          _s/ Ona T. Wang_____
Dated:  January 10, 2022                                          **Ona T. Wang**
         New York, New York                               United States Magistrate Judge