UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On February 8, 2022, the Court issued an order setting today's in-person status conference, specifically cautioning Defendant that an in-person appearance was mandatory, or sanctions would issue. (ECF 40). Plaintiff's counsel served *pro se* Defendant on the same day. (ECF 41). In the early hours of this morning, Defendant emailed Chambers[1] a request to convert today's conference to a telephonic or virtual conference, citing child care issues and "hardship to fly to New York on what was relatively short notice." ECF 42. This morning, Defendant called Chambers, *ex parte*, asking for a decision on his request.

Defendant's request is **DENIED**, for the reasons set forth in ECF 40. Plaintiff shall promptly serve a copy of this Order on Defendant and file proof of service by **February 17, 2022**.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated:  February 16, 2022                                       **Ona T. Wang**
             New York, New York                        United States Magistrate Judge

---

[1] The letter appears at ECF 42 with a date stamp of February 15, 2022, which may be when it was sent to the Pro Se Intake Unit.