UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to Fed. R. Civ. P. 16(f) and the Court's inherent powers, and as directed at the March 10, 2022 Order to Show Cause hearing, Defendant shall pay Plaintiff's fees and costs associated with attending the February 16, 2022 conference as follows: $41.75 for parking, $36 for a copy of the conference transcript, $237.50 for counsel's time attending the conference (0.5 hours at a rate of $475/hour), and $356.25 for counsel's time traveling to and from the conference (1.5 hours at a rate of $237.50/hour). *See* ECF 52 and 54 at 2, 39, 43, 44. Defendant shall complete the total payment of **$671.50** by **March 18, 2022**. Plaintiff is directed to serve this Order on *pro se* Defendant and file proof of service by **March 14, 2022**.

      **SO ORDERED.**

                                                                 *s/ Ona T. Wang*

Dated:  March 11, 2022                                       **Ona T. Wang**
         New York, New York                     United States Magistrate Judge