**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.

---------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

By **September 9, 2022**, Defendant shall email to Chambers an **unredacted** version of ECF 68 (Defendant's Response to Plaintiff's Motion for Sanctions). Defendant is also directed to send an unredacted version of ECF 68 to Plaintiff's counsel.

**SO ORDERED.**

Dated: August 30, 2022
       New York, New York

                                        *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                   United States Magistrate Judge