**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
42 WEST LLC,

              Plaintiff,

              -against-

ALEXANDER S. GOULD,

              Defendant.

-----------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a **Pre-Settlement Conference Scheduling Call on Monday, September 19, 2022, at 11:00 a.m.** The dial-in information is (212) 805-0260.

**SO ORDERED.**

Dated:  September 9, 2022
        New York, New York

                                         *s/ Ona T. Wang*
                                          **Ona T. Wang**
                              United States Magistrate Judge