**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

42 WEST LLC,                                              :
                                                         :
                              Plaintiff,                 :          21-CV-1581 (OTW)
                                                         :
            -against-                                    :          **ORDER**
                                                         :
ALEXANDER S. GOULD,                                      :
                                                         :
                              Defendant.                 :
                                                         :
                                                         :
                                                         :
                                                         :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Pre-Settlement Conference Call on September 19, 2022. In light of the

discussions during the call, the Court does not believe further settlement discussions would be

productive at this time, and thus, discovery is reopened for the limited purpose of Defendant

providing certain financial disclosures to Plaintiff.

By **September 22, 2022**, Plaintiff shall submit a proposed order directing Defendant to

provide to Plaintiff and file under seal the REBNY (Real Estate Board of New York) financial

disclosure form discussed on the September 19 call. Plaintiff is directed to attach a copy of the

blank REBNY form to the proposed order. The parties are further directed to meet and confer

on Defendant's deadline to complete the form. If the parties cannot agree on a date, they shall

file one joint letter detailing their separate proposed dates of completion.

**SO ORDERED.**

                                                         _s/ Ona T. Wang_
Dated:  September 19, 2022                               **Ona T. Wang**
        New York, New York                               United States Magistrate Judge