UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 42WEST LLC,<br><br>                    Plaintiff,<br>         v.<br><br>ALEXANDER S. GOULD a/k/a ALEX GOULD           Defendant. | Case No. 1:21-cv-01581-OTW<br><br>~~[PROPOSED]~~ ORDER |

**THIS MATTER** having come before the Court by way of a Pre-Settlement Teleconference on September 19, 2022, between Plaintiff 42West LLC ("42WEST") and Defendant Alexander S. Gould a/k/a Alex Gould ("Gould"); and the Court having determined that it is necessary to reopen discovery for the limited purpose of Gould providing certain financial disclosures to 42WEST;

**IT IS** on this 23rd day of September, 2022

**ORDERED** that:

1. Defendant Gould shall, no later than October 5, 2022, provide to 42WEST and file with this Court under seal, a completed version of the Real Estate Board of New York Financial Disclosure Statement attached as Exhibit A.

_____
Honorable Ona T. Wang, U.S.M.J
New York, New York
September 23, 2022

EXHIBIT A

# REBNY Financial Statement



| Applicant | | Co-Applicant | |
|---|---|---|---|
| Name: | | Name: | |
| Address: | | Address: | |

The following is submitted as being a true and accurate statement of the financial condition of the undersigned on:     the 22 day of September, 2022

| Assets | Applicant | Co-Applicant | Liabilities | Applicant | Co-Applicant |
|---|---|---|---|---|---|
| Cash in banks (A) | | | Notes Payable (E) | | |
| Money Market Funds | | |    To Banks | | |
| Contract Deposit | | |    To Relatives | | |
| Investments: Stocks & Bonds (B) | | |    To Others | | |
| Investment in Own Business | | | Installment Accounts Payable | | |
| Accounts and Notes Receivable | | |    Automobile | | |
| Real Estate Owned (C) | | |    Other | | |
| Automobiles | | | Other Accounts Payable | | |
|    Year & Make: | | | Real Estate Mortgages (C) | | |
|    Year & Make: | | | Unpaid Real Estate Taxes | | |
| Personal Property and Furniture | | | Unpaid Income Taxes | | |
| Life Insurance | | | Chattel Mortgages | | |
| Cash Surrender Value | | | Loans on Life Insurance Policies | | |
| Retirement Funds/ IRA | | | Outstanding Credit Card Loans | | |
|    401K | | | Other Debts | | |
|    KEOGH | | | | | |
|    Profit Sharing/Pension Plan | | | | | |
| Other Assets (D) | | | | | |
| Total Assets | $0.00 | $0.00 | Total Liabilities | $0.00 | $0.00 |
| Combined Assets | | $0.00 | Combined Liabilities | | $0.00 |
| Individual Net Worth | $0.00 | $0.00 | Combined Net Worth | | $0.00 |

| Income Sources - Annual | Applicant | Co-Applicant | Projected Expenses - Monthly | Applicant | Co-Applicant |
|---|---|---|---|---|---|
| Base Salary | | | Maintenance | | |
| Overtime Wages | | | Apartment Financing | | |
| Bonus & Commissions | | | Other Mortgages | | |
| Dividends and Interest Income | | | Bank Loans | | |
| Real Estate Income (Net) | | | Auto Loans | | |
| Other Income | | | Other Expenses | | |
| Total Income | $0.00 | $0.00 | Total Expenses | $0.00 | $0.00 |
| Combined Income | | $0.00 | Combined Expenses | | $0.00 |

| General Banking Information | Applicant | Co-Applicant | Contingent Liabilities | | |
|---|---|---|---|---|---|
| Personal Bank Accounts at | | | As Endorser or Co-maker on Notes | | |
| | | | Alimony Payments (Annual) | | |
| Savings & Loans at | | | Child Support | | |
| | | | Are you defendant in any legal action? | | |
| Purpose of Loan | | | Are there any unsatisfied judgments? | | |
| | | | Ever taken bankruptcy? Explain | | |

This application has been carefully prepared, and the undersigned hereby solemnly declare(s) and certify(s) that all the information contained herein is true
Applicant: _____    Co-Applicant: _____