STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
42 WEST LLC,

      Plaintiff,

      -against-

ALEXANDER S. GOULD,

      Defendant.

-----------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 77.

The parties are directed to meet and confer on the status of the litigation, and submit a joint status letter by **October 28, 2022.**

  **SO ORDERED.**

Dated: October 12, 2022
   New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge