**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

42 WEST LLC,                                               :
                                                          :
                        Plaintiff,                        :                    21-CV-1581 (OTW)
                                                          :
                -against-                                  :                    **ORDER**
                                                          :
ALEXANDER S. GOULD,                                       :
                                                          :
                        Defendant.                        :
                                                          :
                                                          :
                                                          :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' status letters, and understands that the parties are

working together to achieve resolution of this matter without Court intervention.

In light of the representations made in the parties' status letters, the Court **denies as**

**moot, without prejudice as to renewal**, Plaintiff's pending motion for sanctions.

The Court encourages the parties to continue working together. The parties shall file a

joint status letter by **February 24, 2023**.

The Clerk of Court is respectfully directed to close ECF Nos. 62 and 70.

**SO ORDERED.**

                                                          _s/  Ona T. Wang_
Dated:  February 3, 2023                                  **Ona T. Wang**
        New York, New York                               United States Magistrate Judge