**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

42 WEST LLC,                                          :
                                                     :
              Plaintiff,              :
                                                     :
              -against-               :
                                                     :
ALEXANDER S. GOULD,                                  :
                                                     :
              Defendant.              :
                                                     :
                                                     :
-------------------------------------------------------------x

    21-CV-1581 (OTW)

    **ORDER**

**ONA T. WANG, United States Magistrate Judge:**

    The Court has reviewed ECF 92.

    Plaintiff's request to re-open discovery is **GRANTED**. The parties shall have until **June 16, 2023,** to complete the discovery referenced in ECF 92. The parties shall file joint status letters on the last business Friday of each month, reporting to the Court what discovery they have completed and what discovery remains outstanding.

    **SO ORDERED.**

                                 _s/ Ona T. Wang_

Dated:  April 12, 2023                              **Ona T. Wang**
       New York, New York                     United States Magistrate Judge