```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
42 WEST LLC,                                               :
                                                           :
                        Plaintiff,                         :     21-CV-1581 (OTW)
                                                           :
           -against-                                       :     ORDER
                                                           :
ALEXANDER S. GOULD,                                        :
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 97.

The parties' request for a conference is **DENIED**. The parties are instead directed to meet and confer and submit to the Court a proposed deposition schedule for all outstanding and/or anticipated depositions, which the Court will then so-order. The parties shall file this proposed deposition schedule by **June 6, 2023**. Depositions must take place before the end of fact discovery. Any requests to schedule depositions outside of this date must be accompanied by a showing of good cause.

The fact discovery deadline is extended to August 25, 2023.

**SO ORDERED.**

|  |  |
|---|---|
| Dated:  May 23, 2023 | _s/ Ona T. Wang_ |
| New York, New York | **Ona T. Wang** |
|  | United States Magistrate Judge |