UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 42WEST LLC,<br><br>               Plaintiff,<br>v.<br><br>ALEXANDER S. GOULD a/k/a ALEX GOULD<br><br>               Defendant. | No. 1:21-cv-01581-OTW<br><br>**ORDER** |

ONA T. WANG, United States Magistrate Judge:

    Whereas, the Court has reviewed ECF 100.

    Whereas, the parties have submitted to the Court the following proposed deposition schedule and conditions for all outstanding and/or anticipated depositions:

1. Deposition Schedule:
    a) June 29, 2023 at 10:00 am Eastern Time, deposition of Alexander Gould;
    b) June 29, 2023 at 4:00 pm Eastern Time, deposition of Richard Gould;
    c) June 29, 2023 at 6:00 pm Eastern Time deposition of Susan Gould;
    d) July 5, 2023 at 10:00 am Eastern Time will be reserved by Alexander Gould, Richard Gould and Susan Gould, as a back-up date for the completion of any deposition not completed on June 29, 2023;
    e) July 12 at 12:00 pm Eastern Time deposition of Amy Andersen.

2. The forgoing depositions will be taken by videoconference, with arrangements to be made by counsel for Plaintiff.

3. Mr. Gould has represented that he is seeking legal counsel at this time. Mr. Gould has represented that he will continue to exercise diligence to secure counsel if he wishes to have counsel present for his deposition. In the event Mr. Gould does not have counsel present for his deposition at the date and time set forth herein, Mr. Gould acknowledges that the deposition will proceed in any event, and the absence of counsel will not excuse his attendance.

4. Mr. Gould has represented that he has spoken with the other deponents (his wife and parents), and has secured confirmation of their availability for the deposition dates and times stated in this order. Mr. Gould shall provide a copy of this order to the other deponents and shall provide counsel for 42West with proof that the order has been provided to them.

**SO ORDERED.**

Dated: June 7, 2023
New York, New York

_____
Honorable Ona T. Wang, U.S.M.J