UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
42 WEST LLC,

     Plaintiff,

   -against-

ALEXANDER S. GOULD,

     Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 102. The parties' motion to adjourn Amy Andersen's July 12, 2023, deposition is **GRANTED**. The deposition deadline is hereby **ADJOURNED**.

Continuing to seek counsel will not be a reason to further adjourn the deposition or extend the fact discovery deadline, which will end **by August 25, 2023**. Any requests to schedule depositions beyond this date must be accompanied by a showing of good cause.

**SO ORDERED.**

Dated: July 11, 2023
   New York, New York

          _s/ Ona T. Wang_
          **Ona T. Wang**
         United States Magistrate Judge