**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
42 WEST LLC,

               Plaintiff,

               -against-

ALEXANDER S. GOULD,

               Defendant.

-------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 107. The fact discovery deadline remains August 25, 2023. Defendant Gould is directed to supplement his responses **no later than August 25, 2023**.

Defendant Gould and Ms. Andersen are reminded to review my prior order, ECF 106, which warned them that the Court **will issue sanctions** — which may be monetary and may also be equitable — to the fullest extent of the Court's authority, for failure to comply with the August 25, 2023, fact discovery deadline. If Defendant Gould and Ms. Andersen only comply with their obligations <u>after</u> August 25, 2023, **that later compliance will only be considered to modify the nature or amount of the sanctions, not the award of sanctions themselves**.

Plaintiff is directed to serve this Order, the Court's previous Order (ECF 106), and Plaintiff's letter (ECF 107), on Defendant Gould and Ms. Andersen and to file proof of service on the docket.

**SO ORDERED.**

Dated: August 23, 2023
       New York, New York

                                                    *s/ Ona T. Wang*
                                                   **Ona T. Wang**
                                                   United States Magistrate Judge