UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.

------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

In my August 23, 2023 Order (ECF 108), I ordered *pro se* Defendant Gould to supplement his discovery responses no later than August 25, 2023. I further reminded Defendant Gould of my previous August 21, 2023, Order (ECF 106), warning that the Court would issue sanctions — which may be monetary and may also be equitable — to the fullest extent of the Court's authority, for failure to comply with the August 25, 2023, fact discovery deadline.

Plaintiff is directed to file a letter **by Friday, November 10, 2023**, that will update the Court regarding the status of discovery, including whether Ms. Andersen timely appeared for her deposition. If Defendant Gould failed to comply with my orders, Plaintiff is directed to file, **by Friday, November 10, 2023**, an appropriate motion for sanctions that may include, for example, a motion to enforce the settlement,[1] for entry of default, or other relief.

---

[1] *See* ECF 40 (As early as November 1, 2021, Plaintiff had represented that the parties had reached a settlement in principle, but identified certain concerns with finalizing the settlement. (ECF 28). The Court held numerous status calls to ensure that the settlement could be swiftly consummated before the end of 2021, and *pro se* Defendant made certain confidential representations to the Court regarding settlement, as well as on-the-record statements indicating that settlement was imminent on November 29, 2021. (ECF 35)).

2

**SO ORDERED.**

Dated: November 3, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge