UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.
------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for (1) sanctions on *pro se* Defendant Gould, and (2) enforcing the parties' settlement agreement. (ECF 115). Defendant is directed to file his response, if any, **by Friday, December 22, 2023**.

    SO ORDERED.

Dated: November 20, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge