**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
42 WEST LLC,

                Plaintiff,

                -against-

ALEXANDER S. GOULD,

                Defendant.
------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of *pro se* Defendant's response to Plaintiff's motion for sanctions. (ECF 117). To the extent Plaintiff wishes to respond to Defendant's request for a payment plan agreement for his remaining $44,837 obligation, Plaintiff's response is due **by Tuesday, January 16, 2024**.

        **SO ORDERED.**

Dated:  January 8, 2024
       New York, New York

                                          */s/ Ona T. Wang*
                                            **Ona T. Wang**
                                  United States Magistrate Judge