UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
42 WEST LLC,

      Plaintiff,         21-CV-1581 (OTW)

     -against-          **ORDER**

ALEXANDER S. GOULD,

      Defendant.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter. (ECF 123). Plaintiff's counsel is directed to file their redacted billing records on the docket **by Wednesday, July 3, 2024**. The unredacted records that Plaintiff's counsel emailed to Chambers today shall be filed under seal viewable to the Court only.

**SO ORDERED.**

Dated: June 28, 2024            *s/ Ona T. Wang*
   New York, New York         **Ona T. Wang**
                     United States Magistrate Judge