UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
42 WEST LLC,

      Plaintiff,

     -against-

ALEXANDER S. GOULD,

      Defendant.
------------------------------------------------------------x

21-CV-1581 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter. (ECF 123). Plaintiff's counsel is directed to file their redacted billing records on the docket **by Wednesday, July 3, 2024**. The unredacted records that Plaintiff's counsel emailed to Chambers today shall be filed under seal viewable to the Court only.

  **SO ORDERED.**

Dated: June 28, 2024
    New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge