UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
42WEST LLC,

                Plaintiff,

                                 21 **CIVIL** 1581 (OTW)

      -against-                              **DEFAULT JUDGMENT**

ALEXANDER S. GOULD,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, the Court ORDERS and ADJUDGES: Judgment of default is entered against Defendant Alexander S. Gould as follows: a. Damages: $166,580.30; b. Pre-Judgment Interest, from December 18, 2021 to September 30, 2024: $41,772.86; and c. Post-Judgment Interest, from September 30, 2024, until the date of payment, using the federal rate as set forth in 28 U.S.C. § 1961. The Court also holds Defendant in CIVIL CONTEMPT for his violation of ECF 40 and ECF 108. Because the damages award contains compensation to Plaintiff for work caused by the violation of these orders, the Court declines to impose an additional fine, or other monetary sanctions at this time. The Court declines to hold Defendant in criminal contempt at this time; accordingly, the case is closed.

**DATED**: New York, New York
            September 30, 2024

                                                **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                                      BY: _____
                                                **Deputy Clerk**