# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 42WEST LLC,<br><br>                    Plaintiff,<br>        v.<br><br>ALEXANDER S. GOULD a/k/a ALEX GOULD<br><br>                    Defendant. | No. 1:21-cv-01581-OTW<br><br>**NOTICE OF MOTION TO SEAL** |

**PLEASE TAKE NOTICE THAT,** upon the accompanying letter brief, and all other pleadings and proceedings in this action, Plaintiff 42West LLC, by and through their counsel Calcagni & Kanefsky LLP, will move before this Court on November 4, 2024, or as soon thereafter as counsel may be heard, before the Honorable Ona T. Wang, U.S.M.J., United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20D, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 5.2, for an Order granting Plaintiff's Motion to Partially Seal the Court's Opinion and Order Entering Default Judgment, docketed at ECF No. 136, and such other and further relief that the Court deems proper.

Dated:  October 9, 2024

                                                                Respectfully submitted,

                                                                CALCAGNI & KANEFSKY, LLP
                                                                By: */s/ Lauren M. Paxton*
                                                                Lauren M. Paxton, Esq.
                                                                One Newark Center
                                                                1085 Raymond Blvd., 14th Floor
                                                                Newark, New Jersey 07102
                                                                T: (862) 397-1796
                                                                F: (862) 902-5458
                                                                lpaxton@ck-litigation.com
                                                                *Counsel for Plaintiff 42West LLC*